COMMONWEALTH OF KENTUCKY
BOONE CIRCUIT COURT
DIVISION III
CASE NO. 22-CI-00788

**SAM SADUSKY**
and
**OPAL ROBBINS**                                                                                          **PLAINTIFFS**

**VS.**

**FAZLIDDIN HOMDAMOV;**
**PROGRESSIVE PREFERRED INSURANCE COMPANY;**
and **EXPRESS LANE, INC.**                                                                     **DEFENDANTS**

### PLAINTIFF'S RESPONSES TO DEFENDANT
### FAZLIDDIN HOMDAMOV'S FIRST SET OF INTERROGATORIES
### AND REQUEST FOR PRODUCTION OF DOCUMENTS

### INTERROGATORIES

**INTERROGATORY NO. 1**:  Please identify each and every individual participating in the answering of these interrogatories, including full name, date of birth, employment address and telephone number, residential address and telephone number, driver's license number, and Social Security number.

**ANSWER**:

Samuel Sadusky
26 Joseph Street
Carrollton, KY 41008
502-686-1298
Samuel.jm.sadusky@gmail.com

DOB:  1/29/1990
SSN:  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
DL #:  S17-893-271

**EXHIBIT 2**

describing chronologically the events that occurred leading up to the motor vehicle accident, during the accident, and immediately thereafter.

**ANSWER**: I was traveling northbound on I-75 in the righthand lane when the operator of a semi-truck began merging and struck our vehicle. After the accident I was transported by EMS due to neck pain.

**INTERROGATORY NO. 7**: Please state the amount that you claim for each item of damages alleged in your Complaint.

**ANSWER**: Depending on the evidence elicited at trial, the Plaintiff will seek up to the following amounts in damages:

A. Past medical bills

B. Future medical bills $10,000

C. Pain and suffering $100,000

D. Lost wages $15,000

**INTERROGATORY NO. 8**: Please identify each and every doctor, hospital, chiropractor, or other individual or entity engaged in the healing arts from whom or which you have received treatment for the past twenty (20) years. Your answer should include, but not be limited to, the following:

    a.    Name, address and telephone number of each individual or entity;

    b.    The date of each visit;

    c.    The reason for each visit;

    d.    Describe in detail all diagnostic tests that were performed;

    e.    Please state in detail the diagnosis that was made, if any; and

        P: 859-331-4900
        F: 859-426-3532
        lhicks@cetrulolaw.com
        *Counsel for Plaintiffs Samuel Sadusky and Opal Robbins*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on this the 20th day of December, 2022 by mailing and/or emailing a true and accurate copy to the following:

Melissa Thompson Richardson
Alyssa K. Hare
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Melissa@WaltersRichardson.com AHare@WaltersRichardson.com
*Counsel for Defendant, Fazliddin Homdamov*

Jennifer K. Nordstrom
Dave W. Zahniser
Garvey Shearer Nordstrom, PSC
2388 Grandview Drive
Ft. Mitchell, KY 41017
jnordstrom@gsn-law.com
dzahniser@gsn-law.com
*Counsel for Defendant, Progressive Preferred Insurance Company*

Express Lane, Inc.
5061 Sunburst Way
Mason, OH 45040
*Defendant*

        */s/ T. Lawrence Hicks*
        T. Lawrence Hicks